381 A.2d 896

Commonwealth v. Krauss, Appellant.

Argued September 21, 1977.  Donald B. McCoy, with him Dean & McCoy, for appellant;  Henry F. Huhn, with him Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Order affirmed.

HOFFMAN and SPAETH, JJ., dissent.

CERCONE and VAN der VOORT, JJ., did not participate in the consideration or decision of this case.